IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
Western Division

| | |
|---|---|
| JUNHE QIU | : Case No: <u>1:18-cv-00634-SJD</u> |
| | : |
| Plaintiff | : Judge: Hon Susan J. DLott |
| | : |
| v. | : Magistrate Judge: |
| | : |
| UNIVERSITY OF CINCINNATI, *ET AL* | : |
| | : |
| Defendants | : |
| | : |
| | : |

_____

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

For good cause shown and upon consideration of the Motion and Evidence attached, Plaintiff's Motion for a Temporary Restraining Order is GRANTED.

It is hereby ORDERED and ADJUDGED that the Defendant University of Cincinnati is temporarily enjoined from barring Plaintiff Junhe Qiu from enrolling in classes at the University of Cincinnati. Defendant University of Cincinnati is ORDERED to immediately enroll Plaintiff Junhe Qiu in suitable classes for him to comply with his I-20 and to maintain his F-1 Student Visa in duration of status.

IT IS SO ORDERED.

_____
U S DISTRICT JUDGE SUSAN J DLOTT

1

2

> Respectfully submitted,
>
> *s//Charleston C. K. Wang/*
> Charleston C. K. Wang OH 0033258
> Trial Attorney for Plaintiff
> 6924 Plainfield Road
> Cincinnati OH 45236
> Tel:  513-793-7776
> Fax:  513-793-7779
> email:  charlestonwang@wanglaw.net

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion for Temporary restraining order will be emailed to Ms. Lauren Hunter, Office of General Counsel of the University of Cincinnati at her email address:

Hunter Lauren (hunterlk) <hunterlk@ucmail.uc.edu>

    Respectfully submitted,

    *s//Charleston C. K. Wang/*
    Charleston C. K. Wang OH 0033258
    Trial Attorney for Plaintiff

## LIST OF EXHIBITS

| Exhibit No. | Description |
| --- | --- |
| A | Affidavit of Plaintiff Junhe Qiu |
| B | Medical Records Regarding Heart Problems |
| C | Medical Records Regarding Depression |
| D | I-20 of Plaintiff Junhe Qiu |
| E | Passport and F-1 Student Visa of Plaintiff Junhe Qiu |
| F | email on 9/6/2018 from UC International Services captioned URGENT-Not Enrolled at UC Fall Semester 2018 requesting Plaintiff come into compliance with full time enrollment for classes for Fall Semester classes by 9/14/2018. |